UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.                                        CRIMINAL ACTION NO. 5:25-cr-00119

JAZMIR TYHEEM YOUNG

### ORDER

On October 28, 2025, all counsel and the Defendant appeared for a guilty plea hearing. Count Two charges the Defendant with distribution of five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and a quantity of fentanyl, in violation of 21 U.S.C. § 841(a). [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on October 28, 2025. [Doc. 30]. Objections in this case were due on November 11, 2025. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 30**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: February 24, 2026

Frank W. Volk
Chief United States District Judge